Sung T. Kim (SBN 277052)
adadvocates@gmail.com
ADVANCED DISABILITY ADVOCATES
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile: (310) 634-1258

Attorneys for Plaintiff
VICTORINO CASTILLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| VICTORINO CASTILLO, | Case No. 2:16-cv-07612-CBM-FFM |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) [JS6]** |
| vs. | |
| SENIOR CLASSIC LEASING, LLC d/b/a CARL'S JR #7625; SNSD INVESTMENTS LLC.; and DOES 1 through 10 inclusive, | |
| Defendants. | |
| | Complaint Filed:  October 12, 2016 |
| | Trial Date:            None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Victorino Castillo's claims and causes of action as alleged in the above-referenced action.

2. The parties are to bear their respective costs, fees, attorneys' fees, and expenses.

**IT IS SO ORDERED.**

Dated: MARCH 8, 2017

Consuelo B. Marshall
United States District Judge